# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0294-CAB |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT OF DISMISSAL ON MOTION TO DISMISS AND EXONERATION OF BOND |
| TRAVIS RAY BALLOU, | |
| Defendant. | |

Based upon the United States' motion, and good cause appearing therefor, IT IS HEREBY ORDERED that the Superseding Indictment in Case Number 19-CR-0294 shall be dismissed as to defendant Travis Ballou and the bond is exonerated.

IT IS SO ORDERED.

DATED this 8th day of June, 2020.

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE